1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   DALE ANDREW MILLER,            )    Case No. EDCV 05-1071-ODW(OP)
                                    )
12                 Petitioner,      )    ORDER ADOPTING FINDINGS,
                                    )    CONCLUSIONS, AND
13         vs.                      )    RECOMMENDATIONS OF
                                    )    UNITED STATES MAGISTRATE
14   P. L. VASQUEZ, Warden,         )    JUDGE
                                    )
15                 Respondents.     )
16   _____)

17
18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
19   records and files herein, and the Report and Recommendation of the United States
20   Magistrate Judge, de novo.   The Court concurs with and adopts the findings,
     conclusions, and recommendations of the Magistrate Judge.
21   / / /
22   / / /
23   / / /
24
25
26
27
28

IT IS ORDERED that Judgment be entered:  (1) approving and adopting this Report and Recommendation; and (2) denying the Petition and dismissing this action with prejudice.

DATED:  August 17, 2009

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge