JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DALE ANDREW MILLER,              )     Case No. EDCV 05-1071-ODW(OP)
                                 )
                                 )     J U D G M E N T
                Petitioner,      )
                                 )
       vs.                       )
                                 )
P. L. VASQUEZ, Warden,           )
                                 )
                                 )
                Respondent.      )
_____ )

  Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 17, 2009

_____
HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge